IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

HUMBERTO MORALES SANTIAGO

ANA MANUELA JIMENEZ SANCHEZ

DEBTOR(S)

CASE NO. 08-02881-MCF

CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 12/14/2010

With respect to the above-referred payment plan with a base of $123,480.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**   ☒ **UNFAVORABLE**

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. ☐ INSUFFICIENTLY FUNDED § 1325(b) :

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☒ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   The Liqidation value is $74,786.00. The present value to be paid to general unsecured creditors is $86,751.76.

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☒ OTHER:
   We ate month 31 of the plan's term, thus a lump sum of $29,500.00 at month 30 would already be a month overdue.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 12/16/2010

MANUEL E FUSTER
COUNSEL FOR DEBTOR(S)

/s/ Alejandro Oliveras Rivera
Alejandro Oliveras Rivera
USDC #131006

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062