IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. **08-02881-MCF** |
|---|---|
| **HUMBERTO MORALES SANTIAGO**<br>**ANA MANUELA JIMENEZ SANCHEZ**<br><br>Debtors | CHAPTER **13** |

**MOTION SUBMITTING A**
**POST-CONFIRMATION MODIFICATION OF PLAN**

TO THE HONORABLE COURT:

**NOW COME** debtors through the undersigned counsel and respectfully allege and pray:

1. The Trustee has filed an Unfavorable Report on Post Confirmation Modified Plan, alleging among other things the following: "*we ate month 31 of the plan's term, thus a lump sum of $29,500.00 at month 30 would be a month overdue*", as seen on docket #72.

2. Debtors are filing a Post Confirmation Amended Plan to cure the Trustee's objection.

**WHEREFORE**, debtors pray this Honorable Court to grant this motion and admit the proposed amended plan.

*CERTIFICATE OF ELECTRONIC FILING AND SERVICE*
I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to **ALEJANDRO OLIVERAS RIVERA**, Chapter 13 Trustee, and also certify that I have mailed by United States Postal Service copy of this motion to the non CM/ECF participants.

*NOTICE*
Parties in interest are notified they have **twenty (20) days** to reject a proposed modification of a plan and request a hearing. Absent good cause, untimely rejections shall be denied.

**RESPECTFULLY SUBMITTED**.

In Guayama, Puerto Rico, this 17th day of December, 2010.

/s/**MANUEL E. FUSTER MARTINEZ**
*ATTORNEY FOR DEBTOR*
PO BOX 1464
GUAYAMA, P.R. 00785
PHONE: (787) 864-3015
FAX: (787) 866-1827
E-MAIL: fuster_law_office@yahoo.com
USDC-PR 200513

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Humberto Morales Santiago
Ana Manuela Jiménez Sánchez
DEBTOR(S)

BK. CASE # 08-2881-MCF
CHAPTER 13

**Amended** CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 12/17/2010    ☐ PRE ☒ POST-CONFIRMATION
☒ AMENDED PLAN DATED: 12/17/2010    FILED BY ☒ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

$ 1,200.00 x 12 = $ 14,400.00
$ 1,275.00 x 4 = 5,100.00
$ 1,375.00 x 7 = 9,625.00
$ 0.00 x 1 = 0.00
$ 1,475.00 x 1 = 1,475.00
$ 1,000.00 x 1 = 1,000.00
$ 1,690.00 x 22 = 37,180.00
$ 2,100.00 x 12 = 25,200.00
$ ___ x ___ = ___
$ ___ x ___ = ___

Additional Payments: TOTAL = $ 93,980.00
$ 29,500.00 to be paid as a LUMP SUM within 29 months * with proceeds to come from
☐ Sale of property identified as follows:

☒ Other: * Refinance of property located at Urb. Anaida, Calle Marginal E-13, Ponce, Puerto Rico

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ 123,480.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,000.00
b. Additional Fees: $ -0-
c. Adjusted Balance: $ 2,000.00

Signed: _____
Attorney for DEBTOR
JOINT DEBTOR

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
  ☐ Debtor represents no secured claims.
  ☒ Creditors having secured claims will retain their liens and shall be paid as follows:
  1. ☒ Trustee pays secured ARREARS:
  Cr. B.B.V.A.    Cr. Daimler Chrysler    Cr. ___
  # 14             # 12                    # ___
  $ 1,172.98       $ 848.41                $ ___

  2. ☐ Trustee pays IN FULL Secured Claims
  Cr. ___    Cr. ___    Cr. ___
  # ___      # ___      # ___
  $ ___      $ ___      $ ___

  3. ☐ Trustee pays VALUE OF COLLATERAL
  Cr. ___    Cr. ___    Cr. ___
  # ___      # ___      # ___
  $ ___      $ ___      $ ___

  4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
  Shares to Gerencoop
  5. ☐ OTHER: ___
  6. ☒ Debtor Otherwise maintains regular payments directly to:
  BBVA and Daimler Chrysler

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
  (11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims.
  1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
       ☐ Paid 100% / ☐ Other: ___
  Cr. ___    Cr. ___    Cr. ___
  # ___      # ___      # ___
  (b) ☐ Other: ___

  2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)

ATTORNEY FOR DEBTOR: MANUEL E. FUSTER MARTINEZ    Phone: 787-864-3015