IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. **08-02881-MCF** |
|---|---|
| **HUMBERTO MORALES SANTIAGO**<br>**ANA MANUELA JIMENEZ SANCHEZ**<br><br>Debtors | CHAPTER **13** |

**MOTION TO WITHDRAW AMENDED PLAN DATED 12/17/2010** (*Docket #73*)
**AND SUBMITTING A NEW POST-CONFIRMATION MODIFICATION OF PLAN**

TO THE HONORABLE COURT:

**NOW COME** debtors through the undersigned counsel and respectfully allege and pray:

1. After reviewing the plan dated 12/17/2010 (*docket #73*) debtors became aware that there are mathematical errors.

2. Debtors are filing a Post Confirmation Amended Plan to increase the base of the plan from $123,480.00 to $124,280.00.

**WHEREFORE**, debtors pray this Honorable Court to grant this motion and admit the proposed amended plan.

*CERTIFICATE OF ELECTRONIC FILING AND SERVICE*
I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to **ALEJANDRO OLIVERAS RIVERA**, Chapter 13 Trustee, and also certify that I have mailed by United States Postal Service copy of this motion to the non CM/ECF participants.

*NOTICE*
*Parties in interest are notified they have **twenty (20) days** to reject a proposed modification of a plan and request a hearing. Absent good cause, untimely rejections shall be denied.*

**RESPECTFULLY SUBMITTED**.

In Guayama, Puerto Rico, this 21th day of December, 2010.

/s/**MANUEL E. FUSTER MARTINEZ**
*ATTORNEY FOR DEBTOR*
PO BOX 1464
GUAYAMA, P.R. 00785
PHONE: (787) 864-3015
FAX: (787) 866-1827
E-MAIL: fuster_law_office@yahoo.com
USDC-PR 200513

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE: Humberto Morales Santiago
Ana Manuela Jiménez Sánchez
DEBTOR(S)

BK. CASE # 08-2881-MCF
CHAPTER 13

## Amended CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 12/21/2010
☐ PRE ☒ POST-CONFIRMATION

☒ AMENDED PLAN DATED: 12/21/2010
FILED BY ☒ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

| Amount | × | Months | = | Total |
|---|---|---|---|---|
| $ 1,200.00 | × | 12 | = | $ 14,400.00 |
| $ 1,275.00 | × | 4 | = | 5,100.00 |
| $ 1,375.00 | × | 7 | = | 9,625.00 |
| $ 0.00 | × | 1 | = | 0.00 |
| $ 1,475.00 | × | 1 | = | 1,475.00 |
| $ 1,000.00 | × | 1 | = | 1,000.00 |
| $ 1,690.00 | × | 22 | = | 37,180.00 |
| $ 2,100.00 | × | 12 | = | 25,200.00 |

Additional Payments: TOTAL = $ 93,980.00
$ 30,300.00 to be paid as a LUMP SUM within 24 months * with proceeds to come from
☐ Sale of property identified as follows:

☒ Other: Refinance of property located at Urb. Anaida, Calle Marginal E-13, Ponce, Puerto Rico

* From confirmation of this amended plan
Periodic Payments to be made other than, and in addition to the above.
$_____ × _____ = _____

PROPOSED BASE: $ 124,280.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,000.00
b. Additional Fees: $ -0-
c. Adjusted Balance: $ 2,000.00

Signed: _____
Attorney for Debtor
JOINT DEBTOR

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR _____ $ _____
B. SECURED CLAIMS.
  ☐ Debtor represents no secured claims.
  ☒ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☒ Trustee pays secured ARREARS:
   Cr. B.B.V.A.    Cr. Daimler Chrysler    Cr. _____
   # 14           # 12                    # _____
   $ 1,172.98     $ 848.41                $ _____

2. ☐ Trustee pays IN FULL Secured Claims
   Cr. _____  Cr. _____  Cr. _____
   # _____    # _____    # _____
   $ _____    $ _____    $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL
   Cr. _____  Cr. _____  Cr. _____
   # _____    # _____    # _____
   $ _____    $ _____    $ _____

4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
   Shares to Gerencoop

5. ☐ OTHER: _____

6. ☒ Debtor Otherwise maintains regular payments directly to:
   BBVA and Daimler Chrysler

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
   (11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims
   1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
       ☐ Paid 100% / ☐ Other: _____
   Cr. _____  Cr. _____  Cr. _____
   # _____    # _____    # _____
   (b) ☐ Other: _____

   2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)

ATTORNEY FOR DEBTOR: MANUEL E. FUSTER MARTINEZ    Phone: 787-864-3015